JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CURTIS TYRELL BUNN, | EDCV 23-0555 PA (SHK) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| B. LAMMER, | |
| Defendant. | |

Pursuant to the Court's March 30, 2023 Minute Order dismissing this action for lack of subject matter jurisdiction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 30, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE